UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM THIMIOGIANIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-0820-CAS |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

The undersigned has been randomly assigned to this case. The undersigned's brother, the Honorable Booker Shaw, is a former judge for the Missouri Court of Appeals and a former circuit judge for the 22nd Judicial Circuit Court, City of St. Louis. Consequently, it is possible that Judge Booker Shaw may have presided over the trial or appeal of petitioner's state court proceedings, which would create a conflict for the undersigned.

The parties are directed to inform the undersigned in writing and within thirty days of the date of this Order if Judge Booker Shaw presided over any aspect of petitioner's state court proceedings. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall inform the Court in writing and no later than thirty (30) days from the date of this Order whether Judge Booker Shaw presided over any aspect of petitioner's state court proceedings.

/s/ Charles A. Shaw
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  19th   day of January, 2011.